# **EXHIBIT B**

**Post & Schell, P.C.**
By:  Paul A. Logan, Esquire
Attorney I.D. No. 30119
Four Penn Center, 13th Floor
1600 John F. Kennedy Blvd.
Philadelphia, PA  19103-2808
Phone:  (215) 587-1000
Fax:  (215) 320-4720                     *Attorneys for Defendants, Dominion Voting*
*plogan@postschell.com*                  *Systems, Inc. and U.S. Dominion, Inc.*

IN THE 39TH JUDICIAL DISTRICT
COURT OF COMMON PLEAS
FOR FULTON COUNTY, PENNSYLVANIA

| | |
|---|---|
| COUNTY OF FULTON, FULTON COUNTY BOARD OF ELECTIONS, AND STUART L. ULSH, IN HIS OFFICIAL CAPACITY AS COUNTY COMMISSIONER OF FULTON COUNTY AND IN HIS CAPACITY AS A RESIDENT, TAXPAYER AND ELECTOR IN FULTON COUNTY, AND RANDY H. BUNCH, IN HIS OFFICIAL CAPACITY AS COUNTY COMMISSIONER OF FULTON COUNTY AND IN HIS CAPACITY AS A RESIDENT, TAXPAYER AND ELECTOR OF FULTON COUNTY, | Case No. 232-2022 September 2022 CIVIL LAW COMPLAINT JURY TRIAL DEMANDED |
| Plaintiffs, | |
| v. | |
| DOMINION VOTING SYSTEMS, INC. and U.S. DOMINION, INC. | |
| Defendants. | |

**NOTICE OF REMOVAL OF DEFENDANTS,**
**DOMINION VOTING SYSTEMS, INC. AND U.S. DOMINION, INC.**

TO THE PROTHONOTARY:

PLEASE TAKE NOTICE that pursuant to 28 U.S.C. § 1332(a)(2), Defendants, Dominion

Voting Systems, Inc. and U.S. Dominion, Inc. filed a copy of the attached Notice of Removal with

the Clerk of the United States District Court for the Eastern District of Pennsylvania on October ___,

2022.

   Pursuant to 28 U.S.C. § 1446(d) a Praecipe to remove this action from Fulton County

Dockets will be filed after jurisdiction is accepted by the federal court.


         **Post & Schell, P.C.**


      By:   */s/ Paul A. Logan*
         Paul A. Logan, Esquire
         Attorney I.D. No. 30119
         Four Penn Center, 13th Floor
         1600 John F. Kennedy Blvd.
         Philadelphia, PA  19103-2808
         Phone:  (215) 587-1000
         Fax:  (215) 320-4720
         *Attorneys for Defendants, Dominion Voting*
         *Systems, Inc. and U.S. Dominion, Inc.*


Dated:  October 18, 2022

## <u>CERTIFICATE OF COMPLIANCE</u>

I certify that this filing complies with the provisions of the Public Access Policy of the Unified Judicial System of Pennsylvania: Case Records of the Appellate and Trial Courts that require filing confidential information and documents differently than non-confidential information and documents.

<div style="margin-left:40%;">

**Post & Schell, P.C.**

By: _____/s/ Paul A. Logan_____

Paul A. Logan, Esquire
Attorney I.D. No. 30119
Four Penn Center, 13th Floor
1600 John F. Kennedy Blvd.
Philadelphia, PA  19103-2808
Phone:  (215) 587-1000
Fax:  (215) 320-4720
*Attorneys for Defendants, Dominion Voting
Systems, Inc. and U.S. Dominion, Inc.*

</div>

Dated:  October 18, 2022

**Post & Schell, P.C.**
By:  Paul A. Logan, Esquire
Attorney I.D. No. 30119
Four Penn Center, 13th Floor
1600 John F. Kennedy Blvd.
Philadelphia, PA  19103-2808
Phone:  (215) 587-1000
Fax:  (215) 320-4720                          *Attorneys for Defendants, Dominion Voting*
*plogan@postschell.com*                       *Systems, Inc. and U.S. Dominion, Inc.*

---

IN THE 39TH JUDICIAL DISTRICT
COURT OF COMMON PLEAS
FOR FULTON COUNTY, PENNSYLVANIA

| | |
|---|---|
| COUNTY OF FULTON, FULTON COUNTY BOARD OF ELECTIONS, AND STUART L. ULSH, IN HIS OFFICIAL CAPACITY AS COUNTY COMMISSIONER OF FULTON COUNTY AND IN HIS CAPACITY AS A RESIDENT, TAXPAYER AND ELECTOR IN FULTON COUNTY, AND RANDY H. BUNCH, IN HIS OFFICIAL CAPACITY AS COUNTY COMMISSIONER OF FULTON COUNTY AND IN HIS CAPACITY AS A RESIDENT, TAXPAYER AND ELECTOR OF FULTON COUNTY, | Case No. 232-2022<br><br>September 2022<br><br>CIVIL LAW COMPLAINT<br>JURY TRIAL DEMANDED |
| Plaintiffs, | |
| v. | |
| DOMINION VOTING SYSTEMS, INC. and U.S. DOMINION, INC. | |
| Defendants. | |

## CERTIFICATE OF SERVICE

I, Paul A. Logan, Esquire, attorney for Defendants, Dominion Voting Systems, Inc. and

U.S. Dominion, Inc. hereby certify that on this 18th day of October, 2022, I served a true and

correct copy of the foregoing Notice of Removal of Defendants, Dominion Voting Systems, Inc.

and U.S. Dominion, Inc., via U.S. First Class Mail, postage prepaid, upon the following person:

Thomas J. Carroll, Esquire
Law Office of Thomas J. Carroll
224 King Street
Pottstown, PA  19464
(610) 419-6981
*tom@thomasjcarrolllaw.com*

*Attorneys for Plaintiffs*

**Post & Schell, P.C.**


By:         */s/ Paul A. Logan*
            Paul A. Logan, Esquire
            Attorney I.D. No. 30119
            Four Penn Center, 13th Floor
            1600 John F. Kennedy Blvd.
            Philadelphia, PA  19103-2808
            Phone:  (215) 587-1000
            Fax:  (215) 320-4720
            *Attorneys for Defendants, Dominion Voting*
            *Systems, Inc. and U.S. Dominion, Inc.*

Dated:  October 18, 2022