IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| County of Fulton, et al.<br>Plaintiffs | : | CIVIL ACTION NO. 1:22-CV-1639 |
| | : | (Judge Rambo) |
| v. | : | |
| Dominion Voting Systems, Inc., et al.<br>Defendants | : | |

## O R D E R

**IT IS HEREBY ORDERED THAT**:

1. A scheduling conference will be conducted by the court on December 8, 2022, at 9:30 a.m.. In the interest of economy, the court prefers to hold this conference by telephone. This call will be held through an AT&T Conference connection. The phone number and access code will be emailed to the participants on a future date. If the parties elect to hold this conference in person, the court shall be notified no less than two business days prior to the date above.

2. This conference before this judge will be canceled if the parties elect to proceed before a United States magistrate judge. The magistrate judge will reschedule the conference upon notification of the case assignment.

3. The primary purpose of this conference will be to establish case management deadlines to enable this action to go forward as efficiently as possible. Participation in this conference by counsel or by pro se litigants is mandatory.

4. If counsel of record is unable to participate in the conference, the court shall be notified of the name of the substitute counsel two business days in advance of the date of the conference. The telephone number to call is (717) 221-3960.

5. Counsel are advised to comply with Rule 16.3(a) of the Rules of Court for the Middle District of Pennsylvania. Local Rule 16.3 requires lead counsel for each party to meet prior to the management

conference and complete a "Joint Case Management Plan" form. The completed form, which is set forth in Appendix A of the local rules, must be filed at least five business days prior to the conference December 1, 2022. **When counsel are submitting proposed deadlines in the joint case management plan, they are advised to take into consideration whether any expert reports could impact on any dispositive motions. Expert reports that could have an impact on any dispositive motion, would typically be submitted BEFORE the dispositive motion deadline.** Counsel should also be conversant with the district's "Expense and Delay Reduction Plan," adopted on August 19, 1993, as required by the Civil Justice Reform Act of 1990.

      6. Counsel shall note that this district has not opted-out of Federal Rule of Civil Procedure 26. The joint case management plan contemplates discovery prior to the Rule 26(f) meeting and is, therefore, deemed to be an exception to the limitation on discovery contained in the first sentence of Rule 26(d). Counsel shall not cease active discovery pending disposition of a motion to dismiss.

      7. At the case management conference the captioned action will be placed on one of the following tracks:

      a) **Fast Track** - Referring the case to a United States magistrate judge for recommendations.

      b) **Expedited Track** - Setting a trial date of not more than 240 days from the filing of the complaint.

      c) **Standard Track** - Setting a trial date of not more than 15 months from the filing of the complaint.

      d) **Complex Track** - Setting a trial date in excess of 15 months but less than 2 years from the filing of the complaint.

      8. The parties are advised that once the deadlines have been established extensions of those time periods will not be granted, except under exceptional circumstances.

Dated: October 21, 2022            S/Sylvia H. Rambo
                                          United States District Judge