IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| COUNTY OF FULTON, FULTON COUNTY BOARD OF ELECTIONS, AND STUART L. ULSH, IN HIS OFFICIAL CAPACITY AS COUNTY COMMISSIONER OF FULTON COUNTY AND IN HIS CAPACITY AS A RESIDENT, TAXPAYER AND ELECTOR IN FULTON COUNTY, AND RANDY H. BUNCH, IN HIS OFFICIAL CAPACITY AS COUNTY COMMISSIONER OF FULTON COUNTY AND IN HIS CAPACITY AS A RESIDENT, TAXPAYER AND ELECTOR OF FULTON COUNTY, <br><br> Plaintiffs, <br><br> v. <br><br> DOMINION VOTING SYSTEMS, INC. and U.S. DOMINION, INC. <br><br> Defendants. | No. 1:22-CV-01639-SHR |

**DEFENDANTS, DOMINION VOTING SYSTEMS, INC. and U.S. DOMINION, INC. DISCLOSURE STATEMENT PURSUANT TO FED. R. CIV. P. 7.1 (Civil Action)**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendants, DOMINION VOTING SYSTEMS, INC. and U.S. DOMINION, INC., make the following disclosure:

1. Is the party a non-governmental corporate party? **Yes.**

2. If the answer to Number 1 is "yes," list below any parent corporation or state that there is no such corporation:

- Defendant Dominion Voting Systems, Inc. is a wholly owned subsidiary of Defendant US Dominion, Inc.

- Defendant US Dominion, Inc. is a wholly owned subsidiary of Dominion Intermediate Holdings, Inc.

3. If the answer to Number 1 is "yes", list below any publicly-held corporation that owns 10% or more of the party's stock or state that there is no such corporation: **None**

                                              **POST & SCHELL, P.C.**

**DATED:** November 4, 2022    **BY:**  */s/ Paul A. Logan*
                                                        PAUL A. LOGAN
                                                        Four Penn Center, 13th Floor
                                                        1600 John F. Kennedy Boulevard
                                                        Philadelphia, PA  19103
                                                        Attorneys for Defendants,
                                                         DOMINION VOTING SYSTEMS,
                                                        INC. and U.S. DOMINION, INC.