IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| COUNTY OF FULTON, FULTON COUNTY BOARD OF ELECTIONS, AND STUART L. ULSH, IN HIS OFFICIAL CAPACITY AS COUNTY COMMISSIONER OF FULTON COUNTY AND IN HIS CAPACITY AS A RESIDENT, TAXPAYER AND ELECTOR IN FULTON COUNTY, AND RANDY H. BUNCH, IN HIS OFFICIAL CAPACITY AS COUNTY COMMISSIONER OF FULTON COUNTY AND IN HIS CAPACITY AS A RESIDENT, TAXPAYER AND ELECTOR OF FULTON COUNTY,<br><br>**Plaintiffs,**<br><br>v.<br><br>**DOMINION VOTING SYSTEMS, INC. and U.S. DOMINION, INC.**<br><br>**Defendants.** | No. 1:22-CV-01639-SHR |

## CERTIFICATE OF SERVICE

I, Paul A. Logan, Esquire, attorney for Defendants, Dominion Voting Systems, Inc. and U.S. Dominion, Inc. hereby certify that on this 4th day of November, 2022, I served a true and correct copy of the foregoing Defendants, Dominion Voting Systems, Inc. and U.S. Dominion, Inc. Disclosure Statement Pursuant to Fed. R. Civ. P. 7.1 (Civil Action) via U.S. First Class Mail, Postage Prepaid, upon the following person:

Thomas J. Carroll, Esquire
Law Office of Thomas J. Carroll
224 King Street
Pottstown, PA  19464
(610) 419-6981
tom@thomasjcarrolllaw.com

*Attorneys for Plaintiffs*

**POST & SCHELL, P.C.**

**DATED:** November 4, 2022      **BY:**   */s/ Paul A. Logan*
                                          PAUL A. LOGAN
                                          Four Penn Center, 13th Floor
                                          1600 John F. Kennedy Boulevard
                                          Philadelphia, PA  19103
                                          Attorneys for Defendants,
                                          DOMINION VOTING SYSTEMS,
                                          INC. and U.S. DOMINION, INC.