**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| COUNTY OF FULTON, FULTON COUNTY BOARD OF ELECTIONS, AND STUART L. ULSH, IN HIS OFFICIAL CAPACITY AS COUNTY COMMISSIONER OF FULTON COUNTY AND IN HIS CAPACITY AS A RESIDENT, TAXPAYER AND ELECTOR IN FULTON COUNTY, AND RANDY H. BUNCH, IN HIS OFFICIAL CAPACITY AS COUNTY COMMISSIONER OF FULTON COUNTY AND IN HIS CAPACITY AS A RESIDENT, TAXPAYER AND ELECTOR OF FULTON COUNTY,<br><br>Plaintiffs,<br><br>v.<br><br>DOMINION VOTING SYSTEMS, INC. and U.S. DOMINION, INC.<br><br>Defendants. | No. 1:22-CV-01639-SHR |

**ORDER**

AND NOW, this _ day of ______, 2022, upon consideration of *Defendants' Motion Pursuant to Rules 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure*, and the briefs filed by the parties, it is hereby ORDERED that the Motion is GRANTED. Plaintiffs Fulton County Board of Elections, Stuart L. Ulsh and Randy H. Bunch, and Defendant U.S. Dominion, Inc., are dismissed for lack

of subject matter jurisdiction pursuant to Fed R. Civ. P. 12(b)(1). All remaining claims are dismissed, with prejudice, pursuant to Fed. R. Civ. P. 12(b)(6).

By the Court:

______________________________
,J.