IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

**NOTICE**

County of Fulton, et al.　　　　　　　　CASE NUMBER: 1:22-CV-1639

　　　　　vs.

Dominion Voting Systems, Inc., et al.

TYPE OF CASE: Civil

TAKE NOTICE that the case management conference scheduled for December 8, 2022 has been **CANCELLED** pending disposition of the defendants' motion to dismiss.

Date: November 28, 2022　　　　　　　　　　　S/ Mark J. Armbruster
　　　　　　　　　　　　　　　　　　　　　　　　Deputy Clerk

CC:　Judge Sylvia H. Rambo
　　　Thomas Carroll, Esq.
　　　Paul Logan, Esq.
　　　Michael Winfield, Esq.