IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **COUNTY OF FULTON, et al.,** | : | **Civ. No. 22-CV-1639** |
| Plaintiffs, | : | |
| v. | : | |
| **DOMINION VOTING SYSTEMS, INC., et al.,** | : | |
| Defendants. | : | Judge Sylvia H. Rambo |

## O R D E R

**AND NOW**, this 28th day of September, 2023, in accordance with the accompanying memorandum, **IT IS HEREBY ORDERED** that Defendants' motion to dismiss for lack of subject matter jurisdiction and failure to state a claim (Doc. 4) is **GRANTED** as follows:

(1) Counts 1 and II are **DISMISSED** with prejudice to the extent they allege that Defendants breached the parties' contract and warranties contained therein and/or caused Plaintiffs damages by providing Fulton County with a voting system that left it unable to comply with state and federal election requirements;

(2) Counts 1 and II are otherwise **DISMISSED** without prejudice to Plaintiffs' right to file an amended complaint within 21 days of the date of this order.

*/s/ Sylvia H. Rambo*
SYLVIA H. RAMBO
United States District Judge