IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| FULTON COUNTY BOARD OF ELECTIONS, AND STUART L. ULSH, IN HIS OFFICIAL CAPACITY AS COUNTY COMMISSIONER OF FULTON COUNTY AND IN HIS CAPACITY AS A RESIDENT, TAXPAYER AND ELECTOR IN FULTON COUNTY, AND RANDY H. BUNCH, IN HIS OFFICIAL CAPACITY AS COUNTY COMMISSIONER OF FULTON COUNTY AND IN HIS CAPACITY AS A RESIDENT, TAXPAYER AND ELECTOR OF FULTON COUNTY, <br><br> Plaintiffs, <br><br> v. <br><br> DOMINION VOTING SYSTEMS, INC. and U.S. DOMINION, INC. <br><br> Defendants. | No. 1:22-CV-01639-SHR |

## ORDER

AND NOW, this _ day of _____, 2024, **IT IS HEREBY ORDERED** that Defendants' Revised Motion for Sanctions Pursuant to Rule 11 of the Federal Rules of Civil Procedure is **GRANTED.** Plaintiffs and Attorney Carroll shall be jointly and severally liable to Defendants for Defendants' costs and attorneys' fees incurred

in the defense of this action pursuant to Rule 11(c), to be further determined by this Court.  Defendants shall file a fee petition with 10 days of the date of this Order.

By the Court:

_____
                                            J.