IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **FULTON COUNTY BOARD OF ELECTIONS, et. al.,** | : | Civil No. 1:22-CV-1639 |
| **Plaintiffs,** | : | |
| v. | : | |
| **DOMINION VOTING SYSTEMS, INC. and U.S. DOMINION, INC.,** | : | |
| **Defendants.** | : | Judge Sylvia H. Rambo |

# O R D E R

**AND NOW**, this 22nd day of August, 2024, upon consideration of Defendants' motions to dismiss (Doc. 14) the amended complaint (Doc. 11), and in accordance with the accompanying memorandum, **IT IS HEREBY ORDERED** that Defendants' motion is **GRANTED** and Plaintiff's amended complaint is **DISMISS WITH PREJUDICE**. The Clerk of Courts is directed to close the file.

    **IT IS SO ORDERED.**

                                          /s/ Sylvia H. Rambo
                                          SYLVIA H. RAMBO
                                          United States District Judge