**Federal Rules of Appellate Procedure Form 1.   Notice of Appeal to a Court of Appeals From a Judgment or Order of a District Court.**

United States District Court for the District of
Pennsylvania (Middle District)

File Number 1:22-cv-1639

Fulton County Bd of Elections et al         )
       *Plaintiff,*                                                        )
v.                                                                       )     Notice of Appeal
                                                                             )
Dominion Voting Systems et al              )
                                                                             )
       *Defendant.*                                                  )

Notice is hereby given that Plaintiffs, Fulton County Bd of Elections , (plaintiffs) (defendants) in the above-named case*, hereby appeal to the United States Court of Appeals for the Second Circuit (from the final judgment) (from an order (describing it)) entered in this action on the 22nd day of August, 20 24 .

/s/
THOMAS J CARROLL

Attorney for FULTON COUNTY BD OF ELECTIONS, ET AL
Address: 224 King Street,
Pottstown, PA 19464

[**Note to inmate filers:** *If you are an inmate confined in an institution and you seek the timing benefit of Fed. R. App. P. 4(c)(1), complete Form 7 (Declaration of Inmate Filing) and file that declaration along with this Notice of Appeal.*]

*See Rule 3(c) for permissible ways of identifying appellants