UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT
_____

No. 24-2771
_____

FULTON COUNTY; FULTON COUNTY BOARD OF ELECTIONS, and; STUART L.
ULSH, in his official capacity as County Commissioner of Fulton County and in his
capacity as a resident, taxpayer and elector in Fulton County, and; RANDY H. BUNCH,
in his official capacity as County Commissioner of Fulton County and in his capacity as a
resident, taxpayer and elector of Fulton County

v.

DOMINION VOTING SYSTEMS, INC.; U.S. DOMINION, INC.


FULTON COUNTY BOARD OF ELECTIONS,
Appellant
_____

On Appeal from the United States District Court
for the Middle District of Pennsylvania
(D.C. No. 1:22-cv-01639)
District Judge:  Honorable Sylvia H. Rambo
_____

Submitted Pursuant to Third Circuit L.A.R. 34.1(a)
June 16, 2025
_____

Before:  CHAGARES, Chief Judge, MONTGOMERY-REEVES and MCKEE, Circuit
Judges


_____

JUDGMENT
_____

    This cause came to be considered on appeal from the United States District Court

for the Middle District of Pennsylvania and was submitted on June 16, 2025.

On consideration whereof, it is now hereby ORDERED and ADJUDGED by this Court that the Order of the District Court entered on August 22, 2024, is AFFIRMED. Costs shall be taxed against the appellants.  All of the above in accordance with the Opinion of this Court.

Attest:

s/ Patricia S. Dodszuweit
Clerk

Dated:  June 23, 2025

**Certified as a true copy and issued in lieu of a formal mandate on** _08/25/2025_

**Teste:** *Patricia A. Dodszuweit*
**Clerk, U.S. Court of Appeals for the Third Circuit**

2